

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMATH HEM,

      Petitioner,                    No. CIV S-98-1593 GEB DAD P

      vs.

IMMIGRATION AND
NATURALIZATION SERVICE,

      Respondent.                 ORDER
_____/

      Petitioner has lodged a request for judicial notice of exhibits filed in <u>Nata Saly v. Immigration and Naturalization Service</u>, CIV S-99-0566 LKK DAD P. In the alternative, petitioner seeks leave to expand the record in this action pursuant to Rule 7 of the Rules Governing Section 2254 Cases. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's October 20, 1999 request for judicial notice is granted, and the court takes judicial notice of the exhibits filed on October 5, 1999 in <u>Nata Saly v. Immigration and Naturalization Service</u>, CIV S-99-0566 LKK DAD P.

      2. Petitioner's request in the alternative for leave to expand the record is denied.

DATED: November ___, 1999.

                                                  /s/ Dale A. Drozd
                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

DAD:kw
hem1593.jn

United States District Court
for the
Eastern District of California
November 1, 1999

* * CERTIFICATE OF SERVICE * *

2:98-cv-01593

Hem

    v.

INS

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 1, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Richard A Cohen                            MG/DAD
    Federal Defender
    801 K Street
    Suite 1024
    Sacramento, CA   95814

    Glyndell E Williams
    United States Attorney
    501 I Street
    Suite 10-100
    Sacramento, CA   95814


Jack L. Wagner, Clerk

BY: _____
      Deputy Clerk