ORIGINAL

```
 1  QUIN DENVIR, Bar # 49374
    Federal Defender
 2  DANIEL J. BRODERICK, Bar # 89424
    Assistant Federal Defender
 3  MEREDITH A. LINSKY, Bar #197932
    Staff Attorney
 4  CAROLYN M. WIGGIN, Bar # 182732
    Staff Attorney
 5  801 K Street, 10th Floor
    Sacramento, California 95814
 6  Telephone: (916) 498-5700

 7  Attorneys for Petitioner
    SAMATH HEM
```



FILED

NOV - 4 1999

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

LODGED
NOV - 3 1999
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMATH HEM,

    Petitioner,

v.

IMMIGRATION AND
NATURALIZATION SERVICE,

    Respondent.

) NO. CIV S-98-1593 GEB DAD P
)
) **STIPULATION AND [PROPOSED] ORDER**
) **DISMISSING CASE**
)
)
) Judge: Hon. Dale A. Drozd
)

Petitioner filed his *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241 in this court, asserting that his indefinite detention by Respondent violated his statutory and constitutional rights. Respondent voluntarily released Petitioner on or about October 26, 1999.

Petitioner and Respondent, through their respective attorneys, hereby stipulate and agree that, because Petitioner is no longer being detained by Respondent, this petition should be dismissed as moot. Pursuant to 28 U.S.C. Section 636(c), the parties consent to the magistrate judge entering a final order.



| | |
|---|---|
| Dated: November 2, 1999 | Respectfully submitted, |
| PAUL L. SEAVE<br>United States Attorney | QUIN DENVIR<br>Federal Defender |
| *Glyndell E. Williams (MH)*<br>GLYNDELL E. WILLIAMS<br>Special Assistant U.S. Attorney | *Daniel J. Broderick (MH)*<br>DANIEL J. BRODERICK<br>Assistant Federal Defender |
| Attorneys for Respondent<br>IMMIGRATION AND NATURALIZATION<br>SERVICE | Attorneys for Petitioner<br>SAMATH HEM |

---------------

Pursuant to the Stipulation of both parties, and for the reasons stated therein, the court finds that the instant petition is moot. IT IS HEREBY ORDERED that the instant Petition for Writ of Habeas Corpus be dismissed as moot.

Dated: November 4, 1999

*Dale A. Drozd*
Dale A. Drozd
United States Magistrate Judge

2

QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Assistant Federal Defender
RICHARD A. COHEN, Bar #194939
CAROLYN M. WIGGIN, Bar #182732
Staff Attorneys
MEREDITH A. LINSKY, Bar # 197932
801 K Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
SAMATH HEM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMATH HEM, | ) | CIV S-98-1593 GEB DAD P |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| IMMIGRATION AND | ) | |
| NATURALIZATION SERVICE, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

    I, the undersigned, hereby certify that I am an employee in the Office of the Federal Defender for the Eastern District of California and am a person of such age and discretion as to be competent to serve papers.

    On November 3, 1999, I served a true and correct copy of the attached

**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE**

as follows:

| BY Interoffice Mail: | BY Federal Express: |
|---|---|
| GLYNDELL E. WILLIAMS | MICHELE Y.F. SARKO, Attorney |
| Special Assistant U.S. Attorney | U.S. Dep't of Justice, Civil Div'n |
| 501 "I" Street | Office of Immigration Litigation |
| Sacramento, CA 95814 | 1331 Pennsylvania Avenue, N.W. |
| | Room 7014 S |
| | National Place Building |
| | Washington, D.C. 20004 |

_____
Hermida I. Diaz

```
              United States District Court
                       for the
              Eastern District of California
                    November 4, 1999


              * * CERTIFICATE OF SERVICE * *


                              2:98-cv-01593


    Hem

        v.

    INS
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 4, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
        Richard A Cohen                    SF/GEB
        Federal Defender
        801 K Street                       MG/DAD
        Suite 1024
        Sacramento, CA   95814             KH/OPS

        Glyndell E Williams
        United States Attorney
        501 I Street
        Suite 10-100
        Sacramento, CA   95814
```

                                        Jack L. Wagner, Clerk

                                        BY: _____
                                            Deputy Clerk